IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| PATRICK PIZELLA, ACTING SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,<br><br>                Plaintiff,<br><br>vs.<br><br>AGRI-SYSTEMS, d/b/a/ ASI INDUSTRIAL,<br><br>                Defendant. | CV 19-49-BLG-TJC<br><br>**ORDER GRANTING JOINT MOTION TO ALLOW ATTENDANCE AT PRELIMINARY PRETRIAL CONFERENCE BY TELEPHONE** |

The parties have filed a joint motion to allow counsel to appear at the Preliminary Pretrial Conference by telephone. (Doc. 10.) Good cause appearing, IT IS HEREBY ORDERED that the motion is GRANTED.

Counsel may appear by telephone at the August 27, 2019 Preliminary Pretrial Conference. Counsel shall use the Court's conferencing system to participate in the Conference:

1. Dial 1-877-848-7030
2. Enter Access Code 5492555 #

DATED this 6th day of August, 2019.

                                              _____
                                              TIMOTHY J. CAVAN
                                              United States Magistrate Judge