IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| PATRICK PIZELLA, ACTING SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,<br><br>Plaintiff,<br><br>vs.<br><br>AGRI-SYSTEMS, d/b/a/, ASI INDUSTRIAL,<br><br>Defendant. | CV 19-49-BLG-SPW-TJC<br><br>**ORDER** |

Defendant moves for the admission of Tony W. Fehrenbacher to practice before this Court in this case with A.J. Manion to act as local counsel. Mr. Fehrenbacher's application appears to be in order.

Accordingly, IT IS HEREBY ORDERED that Defendant's motion to admit Tony W. Fehrenbacher pro hac vice is GRANTED on the condition that Mr. Fehrenbacher shall do his own work. This means that Mr. Fehrenbacher must do his own writing, sign his own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office. Mr. Fehrenbacher may move for the admission pro hac vice of one (1) associate of his

firm. Such associate, if duly admitted, shall be authorized to participate in this case on the same terms and conditions as Mr. Fehrenbacher.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Fehrenbacher, within fifteen (15) days of the date of this Order, files a pleading acknowledging his admission under the terms set forth above.

DATED this 28th day of August, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge