IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MARTIN J. WALSH,[1] SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,<br><br>           Plaintiffs,<br><br>vs.<br><br>AGRI-SYSTEMS, d/b/a ASI INDUSTRIAL,<br><br>           Defendant. | CV 19-49-BLG-SPW<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

Upon the Stipulation for Dismissal with Prejudice (Doc. 39) between the parties hereto, by and between their counsel of record,

IT IS HEREBY ORDERED that the above-entitled cause is **DISMISSED WITH PREJUDICE**, with each party to bear their own costs and attorneys' fees.

DATED this _1st_ day of October, 2021.

SUSAN P. WATTERS
United States District Judge

---

[1] Pursuant to Fed.R.Civ.P. Rule 25(d), Martin J. Walsh, Secretary of Labor, is automatically substituted as the party in interest for the former Secretary of Labor, Eugene Scalia.